UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
FILED
2012 APR 17 P 1: ○
JON W. SANFILIPPO
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 12-CR-77 |
| FRANCIS G. GRADY, | [18 U.S.C. §§ 844(i), 248(a)(3) and (b)(1)]<br>Green Bay Division |
| Defendant. | |

## INDICTMENT

### COUNT ONE

### Arson of Building Used in Interstate Commerce

**THE GRAND JURY CHARGES**:

That on or about April 1, 2012, in the State and Eastern District of Wisconsin,

### FRANCIS G. GRADY

maliciously damaged by means of fire a building that was used in interstate commerce, that is,

Planned Parenthood, located at 3800 N. Gillett Street, Grand Chute, Wisconsin.

All in violation of Title 18, United States Code, Section 844(i).

## COUNT TWO

### Freedom of Access to Clinic Entrance

**THE GRAND JURY FURTHER CHARGES**:

That on or about April 1, 2012, in the State and Eastern District of Wisconsin,

**FRANCES G. GRADY**

intentionally damaged the property of Planned Parenthood, a facility that provides reproductive health services, because Planned Parenthood provided such reproductive health services.

All in violation of Title 18, United States Code, Sections 248(a)(3) and (b)(1).

A TRUE BILL:

███████████████

FOREPERSON

Dated: April 17, 2012

*James L. Santelle*
JAMES L. SANTELLE
United States Attorney

2