UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.                Case No. 12-CR-77

FRANCIS G. GRADY,

   Defendant.

## VERDICT - Guilty Count One

  As to the offense of arson of a building used in interstate commerce, as charged in Count One of the indictment, we find the defendant Francis Grady guilty.

  Dated at Green Bay, Wisconsin, this _____ day of July, 2012.

                _____
                Jury Foreperson

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                      Case No. 12-CR-77

FRANCIS G. GRADY,

    Defendant.

## VERDICT - Guilty Count Two

As to the offense of intentionally damaging the property of Planned Parenthood, a facility that provides reproductive health services because Planned Parenthood provided such reproductive health services, as charged in Count Two of the indictment, we find the defendant Francis Grady guilty.

Dated at Green Bay, Wisconsin, this 9th day of July, 2012.



                                                                                           Jury Foreperson

Case 1:12-cr-00077-WCG   Filed 07/09/12   Page 2 of 2   Document 41