# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.                          **STATUS CONFERENCE**
(Counsely Only)

**FRANCIS GRADY**                      Case No. 12-CR-77

---

HONORABLE WILLIAM C. GRIESBACH, presiding       Tape No.: 112912

Deputy Clerk: Cheryl                              Hearing Began: 1:30 p.m.

Hearing Held: November 29, 2012                Hearing Ended: 1:37 p.m.

**Appearances:**

UNITED STATES OF AMERICA by:          William J. Roach

FRANCIS GRADY, by:                   Thomas E. Phillip

---

Attorney Phillip provides the Court and AUSA Roach with a copy of the state's competency evaluation report. The report concludes that the defendant is competent and strongly recommends the defendnt remain medicated. Attorney Phillip requests a competency hearing be set or a competency and sentencing hearing be set as he has not made a decision as to its position on the report.

The government states its preference is to have separate competency and sentencing hearings to allow notification to victims.

Attorney Phillip states that Mr. Grady has several hearings scheduled in December and January in state court.

The Court schedules a competency hearing for January 11, 2013 at 10:30 a.m.