Corning Browne
C C12 CR77
Date 01-4-13

MR William Griesbach

Francis Srady

RE: Communication of June 9 Motion read Behine my back Without my presence under Bad Faith of the law Your Hon.

My Motion was read w/out Documentation mail so eye could argue the Decision of the courts. You Denial me New counsel and Volition of the Law Your Federal Judge Play disable person Rights.

MR William Griesbach
- U - denine me my 6 amendment rights of manny Rights