

Francis Gerald Grady
#11656-089
FEDERAL MEDICAL CENTER
P.O. Box 1600
Butner, NC 27509-0000
petitioner
Francis G Grady

V District court
Eastern District of
Wisconsin District Judge
William C Griesbach
Case CR 12CR0077

---

I file this sentence Relife SIR William I motion the very Important Matters Is before the court upon the defendant I Francis G Grady Motion to Reduce OR Modify my sentence and OR Alteratively For this court to Release the on Medical Illness Discharge and Its supplement. After Review, These filings, the court believes a goverment Respond in this Matter would be Helpfull.

---

Therefore its by this court this Date september 22 2015 ORdered that the goverment shall Respond to Francis G Grady defendant petitoner, Motion within 30 day
MR. William Griesbach
I am in 4 stage Lung cancer They would cant operat the cancer around dale of my throut Francis Grady